# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| STEVEN A. WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>RESIDENTIAL MORTGAGE CAPITAL, a California Corporation; SANTA MARIA VALLEY FUNDING, a California Corporation; SAXON MORTGAGE SERVICES, INC., a Virginia Corporation; FIRST AMERICAN TITLE COMPANY, a California Corporation; QUALITY LOAN SERVICE CORP. an DOES 1 to 10 inclusive,<br><br>    Defendant. | Case No. 5:10-CV-04406-JF (PVT)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS SAXON MORTGAGE SERVICES, INC. AND QUALITY LOAN SERVICE CORP. AND PLAINTIFF STEVE A. WHITE'S STIPULATION TO TRANSFER VENUE<br><br>Action Filed: August 25, 2010 (Superior Court of San Luis Obispo) (CV108296)<br><br>Action Removed to Northern District Court: 9/29/10 (in error) (5:10-CV-04406-JF (PVT))<br><br>Action Removed to Central District Court: 10/15/10 (2:10-CV-07754-SJO-FMO) |

    On November 8, 2010, Defendants SAXON MORTGAGE SERVICES, INC.'s ("Saxon") and QUALITY LOAN SERVICE CORP. ("QLS" and collectively with Saxon as "Defendants") and Plaintiff STEVEN A. WHITE ("Plaintiff" and collectively with Defendants as "Parties") submitted a fully executed Stipulation. This Stipulation has as its purpose to transfer this matter, Case No.: 5:10-CV-04406-JF (PVT), from the Northern District Court to the Central District Court pursuant to

1

1  28 U.S.C. §§ 1404(a) and 1406(a) because the matter was removed to this Court in
2  error and should have been removed to the Central District Court.
3       This matter having been fully considered, proof being made to the satisfaction
4  of the Court, and good cause having been shown, IT IS HEREBY ORDERED
5  THAT:
6       This matter, Case No: 5:10-CV-04406-JF (PVT), is hereby transferred to the
7  Central District Court, Western Division.

**IT IS SO ORDERED.**

DATED: November 10, 2010          By: _____
                                      HONORABLE JEREMY FOGEL